David A. Heida
WHITE, PETERSON, GIGRAY & NICHOLS, P.A.
5700 East Franklin Road, Suite 200
Nampa, Idaho  83687-7901
Telephone:  (208) 466-9272
Facsimile:  (208) 466-4405
ISB No.:  6980
Email:  *dheida@whitepeterson.com*

Attorneys for CSC Gold, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | CASE NO.  20-40734-JMM |
| | ) | |
| DEWIT DAIRY, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Adv. Proc. No. 20-08061-JMM |
| | ) | |
| | ) | **ORDER ON PLAINTIFF'S** |
| DEWIT DAIRY, Debtor in Possession, | ) | **MOTION FOR TEMPORARY** |
| | ) | **RESTRAINING ORDER/MOTION** |
| Plaintiff, | ) | **FOR PRELIMINARY** |
| | ) | **INJUNCTION** |
| v. | ) | |
| | ) | |
| CSC GOLD, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER came before the court on November 10, 2020, for hearing on *Plaintiff's Motion For Temporary Restraining Order/Motion For Preliminary Injunction* (Docket No. 2), appearing at the hearing were Matthew T. Christensen of Angstman Johnson on behalf of the

**ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING
ORDER/MOTION FOR PRELIMINARY INJUNCTION** - 1

Plaintiff, DeWit Dairy and David Heida of White Peterson on behalf of the Defendant, CSC Gold, Inc.;

THE COURT, having reviewed the Plaintiff's motion, the testimony, evidence, and the submissions of counsel and being fully advised of the merits of the Plaintiff's motion;

THE COURT, reciting it oral findings of fact and conclusions of law on the record and incorporating said findings of fact and conclusions of law in this order as if fully set forth herein;

HEREBY ORDERS the previously entered *Temporary Restraining Order* (Docket No. 4) is vacated and terminated, *Plaintiff's Motion For Preliminary Injunction* (Docket No. 2) is DENIED without prejudice and CSC Gold, Inc. is no longer restrained or prohibited from further proceedings or prosecutions of the general partners of DeWit Dairy, Tony DeWit, Julie DeWit and Tracy Wilhelm in the District Court of the Fifth Judicial of the State of Idaho, in and for the County of Gooding, Gooding County Case No. CV24-20-00292, *CSC Golding, Inc. v. DeWit Dairy, an Idaho General Partnership, Tony DeWit, as general partner of DeWit Dairy, Julie DeWit, as general partner of DeWit Dairy, Tracy Wilhelm, as general partner of DeWit Dairy.*

DATED:  November 18, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

**ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING
ORDER/MOTION FOR PRELIMINARY INJUNCTION** - 2

Approved as to form and content by:

/s/ Matthew T. Christensen
Matthew T. Christensen
Attorney for Plaintiff

Approved as to form and content by:

David A. Heida
Attorney for Defendant

*W:\Work\C\CSC Gold, Inc 26332\DeWit Dairy - Adversary .002\PLEADINGS-CSC Gold  20-08061-JMM\DeWit Dairy Order on Preliminary Injunction 11-10-20 lh.docx*